Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Northern District of California

### Division

FILED

JUN 28 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| Batts, DeVante-Keith: | Case No. **CV22-3879** |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **DMR** |
| -v- | Jury Trial: *(check one)* ☑ Yes ☐ No |
| Upstart Holdings, Inc. | |
| Defendant(s) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DeVante-Keith: Batts |
| Street Address | 854 48th Street |
| City and County | Norfolk, Norfolk City |
| State and Zip Code | Virginia, 23508 |
| Telephone Number | 757-705-1850 |
| E-mail Address | devantebatts@gmail.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Upstart Holdings, Inc |
| Job or Title *(if known)* | |
| Street Address | 2950 South Delaware Street, Suite 300 |
| City and County | San Manteo, San Mateo County |
| State and Zip Code | California 94403 |
| Telephone Number | 650-204-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. Code 1692k(d)
28 U.S. Code 2201
15 U.S. Code 1681(p)
Truth In Lending Act (15 U.S. Code 1601-1667f)
Debt Collection Practices (15 U.S. Code 1692-1692p)
Uniform Commercial Code (Tender of Payment and Accord and Satisfaction)
Rule 55 of Federal Rules of Civil Procedure
Rule 602 of Federal Rules of Evidence
Rule 301 of Federal Rules of Evidence

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)*  DeVante-Keith: Batts _____ , is a citizen of the State of *(name)*  Virginia _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

    b.     If the defendant is a corporation

        The defendant, *(name)* Upstart Holdings, Inc _____ , is incorporated under

        the laws of the State of *(name)* California _____ , and has its

        principal place of business in the State of *(name)* California _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    N/A

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) Plantiff introduced fraud within the contract entered with Defendant Upstart Holdings, Inc. to defendant, including lack of full disclosure, including providing terms and definitions, and rescission rights, of the consumer credit transaction. Defendant has failed to respond to all affidavits and notices of claims that were sent certified mail via the United States Postal Service.

2) Defendant was provided the opportunity to State a claim or to remain silent and to agree with all terms set forth in the unresponded, unrebutted certified Notice of Liability, Notice of Fault and Opportunity to Cure and the Notice of Default and Imminent Liability, which included a Request for Admissions and a True Bill containing said violations. (All exhibits are attached for the record)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff is asking the court to order Upstart Holdings, Inc and partner to cease communications with plantiff due to violations of 15 U.S. Code 1692e(3).

Plantiff is asking court to order relief due to the discovery of fraud, and providing the opportunity for defendant to state a claim or remain silent to which the Defendant, Upstart Holdings, Inc., has remained silent in not responding to certfied claims. Plantiff is asking the court to order that as a result of the discovery of fraud, and violations under Title 15, that Upstart Holdings, Inc. offficially rescind the transacation and return the down payment, for HCG Finance DAC Trust, who Upstart Holdings, Inc. assigned the contract to, to return all past payments made towads this acquisiton, and to release any lien and interest that Upstart Holdings, Inc. or other related parties may have.

Plantiff is asking the court to order the defendant to remit fifteen thousand united states dollars (75,000) to plantiff per:
15 U.S. Code 1692b(2) - 25000 (twenty five thousand united states dollars)
15 U.S. Code 1692b(5) - 25000 (twenty five thousand united states dollars)
15 U.S. Code 1692e(2)(A) - 25000 (twenty five thousand united states dollars)

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Date of signing:          06/22/2022

Signature of Plaintiff          _DeVante Batts © all rights reserved, without prejudice_
Printed Name of Plaintiff          DeVante- Keith: Batts

**B.**     **For Attorneys**

Date of signing:          _____

Signature of Attorney          _____
Printed Name of Attorney          _____
Bar Number          _____
Name of Law Firm          _____
Street Address          _____
State and Zip Code          _____
Telephone Number          _____
E-mail Address          _____