UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE-KEITH BATTS,<br><br>Plaintiff,<br><br>v.<br><br>UPSTART HOLDINGS, INC.,<br><br>Defendant. | Case No. 22-cv-03879-JSW<br><br>**ORDER OF DISMISSAL** |

On February 8, 2023, this Court granted Defendant's motion to dismiss the complaint for failure to state claims upon which relief may be granted. (Dkt. No. 27.) The Court gave Plaintiff leave to file an amended complaint in compliance with its order. The Court further instructed Plaintiff to file an amended complaint by no later than March 3, 2023, and that failure to file an amended complaint in compliance with the Order would result in dismissal of the case with prejudice.

The Court has not received an amended complaint. Accordingly, the Court DISMISSES this action with prejudice. A separate judgment shall issue and the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
JEFFREY S. WHITE
United States District Judge